

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO REGIONAL OFFICE
44 Montgomery Street
SUITE 2800
SAN FRANCISCO, CALIFORNIA 94104

PHONE: 415-705-2339
FAX: 415-705-2501
EMAIL: JENSENA@SEC.GOV

October 18, 2012

VIA E-FILING AND HAND DELIVERY

The Honorable Judge Yvonne Gonzales Rogers
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

Re:   SEC v. Worldwide Energy & Manufacturing USA, Inc. et al., Case No. C-12-4651-YGR

Dear Judge Gonzales Rogers:

Pursuant to LR 40-1, plaintiff SEC in the above-referenced matter submits this letter to provide timely written notice of a settlement in this case. Enclosed are the Complaint, Consents and [Proposed] Judgments as to Worldwide Energy & Manufacturing USA, Inc., Jimmy Yong Wang, Jeffrey Forbes Watson and Mindy Ming Wang, which embodies the parties' agreement but is subject to the Court's approval.

We previously submitted these documents in paper copy when the case was originally filed, but the matter was reassigned to this Court by the Executive Committee on September 12, 2012. On September 14, 2012, we provided paper courtesy copies to your chambers, and submitted electronic copies of all documents to Court's email for Proposed Orders. At your courtroom deputy's suggestion, we are e-filing this letter and all pleadings representing the parties' settlement, re-submitting courtesy copies via hand delivery to your chambers and submitting electronic copies to the Court's email box.

Thank you for your time and attention to this matter. Should you have any questions, you can reach me at (415) 705-2339.

Very truly yours,

Alice L. Jensen
Attorney, Division of Enforcement

Enclosures (Chambers copy)

Case 4:12-cv-04651-YGR   Document 28   Filed 10/18/12   Page 2 of 2

October 18, 2012
Page 2

cc:  Paul Wood, Esq. (counsel for Worldwide Energy & Manufacturing USA, Inc., via electronic mail – paul.wood@moyewhite.com) without enclosures
Louise Ma, Esq. (counsel for Jimmy Wang and Mindy Wang via electronic mail – lma@kilpatricktownsend.com) without enclosures
Caz Hashemi, Esq. (counsel for Jeffrey Watson via electronic mail – chashemi@wsgr.com) without enclosures